The People, ex rel. David A. Scott et al., Respondents, *v.* The Board of Supervisors of Orange County, Appellant.

(Argued June 6, 1881 ; decided June 14, 1881.)

Reported below (20 Hun, 196).

*George W. Greene* for appellant.

*M. H. Hirschberg* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.